72,873-03

Jerry Blaney
victim of corrupt Judges
050010-13-01-F05-00065

Presiding Judge
Court Criminal Appeals
Austin Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

## Government Appointed Attorney

Six requests for Attorney - Appeals - were filed 203rd Jud. Court. No response.

Direct Appeal 05-08-01049-CR - victim's appeal was stolen off the appeals courts records. Mandate was ordered all appeals records destroyed. A state Attorney was assigned, he dropped my grounds and plead me guilty without my Knowledge or consent. Against my will.

Trial Judge's confession - WR-72-873-03. Trial Judge confessed the stolen transcript volumes. The stolen diary evidence. The stolen grand jury records. The stolen warrants arrest records have been found and returned to the courts records. meaning the DAs state attorney did appeal 05-08-01049-CR without 6 transcript volumes. Without diary evidence, without grand jury and warrants arrest records. That's Not Possible. One of the stolen volumes contain alleged victims confession - "I'm lying - it's all a lie - the judge is making me Lie" Trial Judges order "mine was a special case and Lying under oath during testimony would be allowed"

Victim Blaney Demands Fair and impartial Counsel

Free from Bias and Prejudice for Supplemental appeal 05-08-01049-CR under recovered stolen evidence. In 90 days I'll file copy state supreme court Judicial Conduct - Judicial Conference. Asking why I can't get a fair and impartial appeal with all transcript volumes, evidence and stolen courts records.

Jerry Blaney

on this 22 day June, 2015

This request is true and correct under penalty of Purjury and was placed in the US mail addressed to:

Clerk
CCA
PO Box 12308
Austin Tx 78711

Jerry Blaney

on this 22 day June 2015

origional
3 copies

2